Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff



# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CORNERSTONE APPAREL, INC., a California Corporation, individually and doing business as "PAPAYA" and; D&J FASHION, INC., a California Corporation; DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 13-3984 GW (AGRx)<br>*Honorable George H. Wu Presiding*<br><br>[PROPOSED] **ORDER ON STIPULATION TO DISMISS ACTION** |

1

## [PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. Plaintiff's claims as set forth in this action are hereby dismissed with prejudice;
2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;
3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and
4. The Court will retain jurisdiction to enforce the terms of the settlement agreements entered into in this matter.

SO ORDERED.

Date: June 25, 2014

By: /s/ George H. Wu
HONORABLE GEORGE H. WU